UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**SEP 2 9 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| CONTINENTAL RESOURCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No 1:14-cv-00065-RDM |
| ) | |
| SALLY JEWELL, ET AL. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Continental Resources, Inc. ("plaintiff") filed suit against defendants Sally Jewell,

Secretary of the United States Department of the Interior; Gregory J. Gould, Director of the Office

of Natural Resource Revenue, United States Department of the Interior; James P. Morris,

Supervisory Minerals Revenue Specialist, Western Audit and Compliance Management, Office of

Natural Resource Revenue, United States Department of the Interior; Office of Natural Resources

Revenue; and United States Department of the Interior (collectively "defendants") on January 16,

2014 challenging the "assessment of additional royalties by the Office of Natural Resources

Revenue" of $1,772,612.07 (plus interest) against plaintiff "in connection with [plaintiff]'s

extraction of natural gas pursuant to federal leases." Compl., ECF No. 1. Plaintiff filed its

Amended Complaint on March 18, 2014 adding a fourth claim alleging violation of the Freedom

of Information Act, 5 U.S.C. § 522. Am. Compl., ECF No. 19. Defendants filed this motion to

Dismiss for Lack of Jurisdiction on May 19, 2014. Mot. Dismiss, ECF No. 20. Plaintiff filed it

Memorandum in Opposition of defendants' motion to dismiss on May 19, 2014. ECF No. 21.

Defendants filed their reply to plaintiff's memorandum on June 6, 2014. Reply Opp'n. Mot.

Dismiss, ECF No. 24.

Upon consideration of the above referenced filings and for reasons given in the memorandum opinion issued this date, it is hereby:

**ORDERED** that defendant's motion is GRANTED;

**ORDERED** that the first, second, and third counts of plaintiff's Amended Complaint are DISMISSED;

**SO ORDERED.**

DATED:  September 29, 2015

Royce C. Lamberth
United States District Judge